FILED

this 14 day of May, 2012
David Crews, Clerk

by _____ Deputy Clerk 10:44 AM

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:12CR43-JMV

NATURE'S BROOM OF AMERICA, INC.

## PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant Corporation, represented by counsel and represented in court for the offering of this guilty plea by its officer, Michael R. Arkeison, President, has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1. **GUILTY PLEA**: The defendant agrees to waive Indictment and plead guilty under oath to Count One of an Information, which charges negligent discharge of a pollutant, in violation of Title 33, United States Code, Sections 1311(a) and 1319(c)(1)(A), which carries maximum possible penalties of imprisonment for not more than 1 year, a fine of not less than $2500 nor more than $25,000 per day of violation or a fine of not more than $200,000, whichever is greater, or both a fine and incarceration, supervised release of not more than 1 year, and a mandatory $100 special assessment.

2. **OTHER CHARGES**: The United States agrees not to charge the defendant with any other offenses arising from or related to the above charge.

3. **RESTITUTION.** The defendant understands that the Court may order restitution in accordance with the provisions of 18 U.S.C. § 3663 for all offenses committed and specifically agrees that restitution is not limited to the count of conviction.

4. **OTHER AUTHORITIES**: This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

5. **VIOLATIONS OF THIS AGREEMENT**: If defendant violates this agreement, all statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence. Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

6. **ACKNOWLEDGMENTS**: Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea of guilty. This agreement, together with the Plea Supplement filed herewith, fully reflects all promises, agreements and understandings between the defendant and the United States Attorney. The defendant's agreement is knowing, free and voluntary, and not the product of force, threat, or coercion. The defendant is pleading guilty because defendant is in fact guilty of the charges.

This the 16th day of April, 2012.

FELICIA C. ADAMS
UNITED STATES ATTORNEY

AGREED AND CONSENTED TO:   APPROVED:

NATURE'S BROOM OF AMERICA, INC.

_Michael_   _Kelly Blackwood_

By:   KELLY BLACKWOOD, ESQ.
Officer and Director   Attorney for Defendant
President